# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 3:15cr299 |
| | : | |
| | : | (Judge Munley) |
| **v.** | : | |
| | : | |
| **KEVIN L. REESE,** | : | |
|       Defendant | : | |

## ORDER

**AND NOW**, to wit, this 19th day of July 2019, it is hereby **ORDERED** that the defendant's motion to dismiss the indictment with prejudice (Doc. 113) is hereby **GRANTED**.

 

                                         **BY THE COURT:**

                                         **s/ James M. Munley**
                                         **JUDGE JAMES M. MUNLEY**
                                         **United States District Court**